An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

TASHA DEANNA WOODFALL,
Appellant,
vs.
TRAVIS SKOCHENKO,
Respondent.

No. 69113

**FILED**

DEC 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed in this court on November 5, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui L. Linden_

---

[1]In light of this order, appellant's motion to voluntarily dismiss this appeal is denied as moot.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-38166

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Tasha Deanna Woodfall
Travis Skochenko
Eighth District Court Clerk